**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ALICIA HILL,** <br><br> ***Plaintiff,*** <br><br> ***v.*** <br><br> **MORGAN PROPERTIES PAYROLL SERVICES, INC.,** <br><br> ***Defendant.*** | **Civil Action** <br><br> **No. 24-501** |

**ORDER**

**AND NOW,** this 29th day of October, 2024, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above action is **DISMISSED** with prejudice and without cost, pursuant to agreement of counsel.

The Clerk of Court is directed to mark this case **CLOSED**.

**BY THE COURT:**

***/s/ Mitchell S. Goldberg***
**MITCHELL S. GOLDBERG, J.**